**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7904**

_____

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

     v.

ROBERT GREEN, a/k/a Heavy,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, Chief District Judge.  (4:05-cr-00037-RBS-FBS-4)

_____

Submitted:  November 10, 2015     Decided:  December 4, 2015

_____

Before WILKINSON, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Green, Appellant Pro Se.  Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lamont Green appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion to reduce his sentence pursuant to Amendment 782 to the U.S. Sentencing Guidelines Manual (2014). We have reviewed the record and conclude that the district court did not abuse its discretion in denying Green's motion. See United States v. Smalls, 720 F.3d 193 (4th Cir. 2013). Accordingly, we affirm the district court's order. United States v. Green, No. 4:05-cr-00037-RBS-FBS-4 (E.D. Va. Dec. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED